12BR, CLOSED, RULE16

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00963-SRC-CCC

| | |
|---|---|
| CUSTOM AUDIO VIDEO v. SHARP ELECTRONICS CORPORATION et al | Date Filed: 02/28/2007 |
| Assigned to: Judge Stanley R. Chesler | Date Terminated: 06/06/2007 |
| Referred to: Magistrate Judge Claire C. Cecchi | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**CUSTOM AUDIO VIDEO**     represented by   **BRYAN L. CLOBES**
CAFFERTY FAUCHER LLP
1717 ARCH STREET, 36TH FLOOR
PHILADELPHIA, PA 19103
(215) 864-2800
Email: bclobes@millerfaucher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SHARP ELECTRONICS CORPORATION**

**Defendant**

**SHARP CORPORATION**

**Defendant**

**SAMSUNG ELECTRONICS, CO.,LTD.**

**Defendant**

**SAMSUNG SEMICONDUCTOR, INC.**

**Defendant**

**LG.PHILIPS LCD CO., LTD.**

**Defendant**

**LG.PHILIPS LCD AMERICA, INC.**     represented by   **MICHAEL A. LAMPERT**
SAUL EWING, LLP
750 COLLEGE ROAD EAST
SUITE 100

PRINCETON, NJ 08540
(609) 452-3100
Email: mlampert@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

IPS ALPHA TECHNOLOGY, LTD.

**Defendant**

TOSHIBA CORPORATION

**Defendant**

TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.

**Defendant**

MATSUSHITA ELECTRIC INDUSTRIAL CO.

**Defendant**

PANASONIC CORPORATION OF NORTH AMERICA

**Defendant**

HITACHI LTD.

**Defendant**

HITACHI DISPLAYS, LTD.

**Defendant**

HITACHI AMERICA, LTD.

**Defendant**

HITACHI ELECTRONIC DEVICES (USA), INC.

**Defendant**

SANYO EPSON IMAGING DEVICES CORPORATION

**Defendant**

AU OPTRONICS CORPORATION

**Defendant**

AU OPTRONICS CORPORATION AMERICA

**Defendant**

CHI MEI CORPORATION

**Defendant**

CHI MEI OPTOELECTRONICS CORPORATION

**Defendant**

| | |
|---|---|
| CHI MEI OPTOELECTRONICS USA, INC. | represented by **CAREN K. KHOO**<br>WILMER CUTLER PICKERING HALE & DORR<br>399 PARK AVENUE<br>NEW YORK, NY 10022<br>212-937-7200<br>Email: caren.khoo@wilmerhale.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

NEC LCD TECHNOLOGIES, LTD.

**Defendant**

NEC ELECTRONICS AMERICA, INC.

**Defendant**

NEC CORPORATION

**Defendant**

INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.

**Defendant**

INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

**Defendant**

| | |
|---|---|
| NEXGEN MEDIATECH USA, INC. | represented by **CAREN K. KHOO**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

HANNSTAR DISPLAY CORPORATION

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2007 | 1 | COMPLAINT against IPS ALPHA TECHNOLOGY, LTD., TOSHIBA |

| | | |
|---|---|---|
| | | CORPORATION, TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., MATSUSHITA ELECTRIC INDUSTRIAL CO., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI CORPORATION, CHI MEI OPTOELECTRONICS CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., NEXGEN MEDIATECH USA, INC., HANNSTAR DISPLAY CORPORATION, SHARP ELECTRONICS CORPORATION, SHARP CORPORATION, SAMSUNG ELECTRONICS, CO.,LTD., SAMSUNG SEMICONDUCTOR, INC., LG.PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC. ( Filing fee $ 350 receipt number 1370838.) JURY DEMAND, filed by CUSTOM AUDIO VIDEO. (Attachments: # 1 Certificate of NON-ARBITRABILITY# 2 Civil Cover Sheet)(ld, ) (Entered: 03/01/2007) |
| 03/13/2007 | 2 | NOTICE of appearance of W. Joseph Bruckner re TFT - LCD (Flat Panel) Antitrust Litigation MDL Docket No. 1827 (Attachments: # 1 Certificate of Service # 2 Cover Letter) (Received Cover Letter, Certificate of Service & Notice of Appearance only).(dc, ) (Entered: 03/22/2007) |
| 03/26/2007 | 3 | Summones Issued as to defts. IPS ALPHA TECHNOLOGY, LTD., TOSHIBA CORPORATION, TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., MATSUSHITA ELECTRIC INDUSTRIAL CO., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI CORPORATION, CHI MEI OPTOELECTRONICS CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., NEC LCD TECHNOLOGIES, LTD., NEC ELECTRONICS AMERICA, INC., NEC CORPORATION, INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., NEXGEN MEDIATECH USA, INC., HANNSTAR DISPLAY CORPORATION, SHARP ELECTRONICS CORPORATION, SHARP CORPORATION, SAMSUNG ELECTRONICS, CO.,LTD., SAMSUNG SEMICONDUCTOR, INC., LG.PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC.. Days Due - 20. (Via pre-paid express mail to M. Tarringer, Esq.) (dc, ) Additional attachment(s) added on 3/29/2007 (dc, ). (Entered: 03/26/2007) |
| 04/13/2007 | 4 | AFFIDAVIT of Service for Summons and Complaint served on Sharp |

| | | |
|---|---|---|
| | | Electronics Corp. on April 3, 2007, filed by CUSTOM AUDIO VIDEO. (CLOBES, BRYAN) (Entered: 04/13/2007) |
| 04/13/2007 | 5 | AFFIDAVIT of Service for Summons and Complaint served on Hitachi America Ltd on April 2, 2007, filed by CUSTOM AUDIO VIDEO. (CLOBES, BRYAN) (Entered: 04/13/2007) |
| 04/13/2007 | 6 | AFFIDAVIT of Service for Summons and Complaint served on Hitachi Electronic Devices (USA) on April 3, 2007, filed by CUSTOM AUDIO VIDEO. (CLOBES, BRYAN) (Entered: 04/13/2007) |
| 04/13/2007 | 7 | AFFIDAVIT of Service for Summons and Complaint served on Panasonic Corp. of North America on April 3, 2007, filed by CUSTOM AUDIO VIDEO. (CLOBES, BRYAN) (Entered: 04/13/2007) |
| 04/13/2007 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE - The 4,5,6 & 7 Affidavits of Service filed by B. Clobes on 4/13/07 were incorrectly submitted. Please resubmit these documents by 4/20/07 using SUMMONS RETURNED EXECUTED. This submission will remain on the docket unless otherwise ordered by the court. This message is for informational purposes only. (dc, ) Modified on 4/18/2007 (dc, ). (Entered: 04/18/2007) |
| 04/17/2007 | 8 | AFFIDAVIT of Service for Summons and Complaint served on LG Philips LCD America, Inc. on April 4, 2007, filed by CUSTOM AUDIO VIDEO. (CLOBES, BRYAN) (Entered: 04/17/2007) |
| 04/19/2007 | 9 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. SHARP ELECTRONICS CORPORATION served on 4/3/2007, answer due 4/23/2007. (CLOBES, BRYAN) (Entered: 04/19/2007) |
| 04/19/2007 | 10 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. HITACHI AMERICA, LTD. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 04/19/2007) |
| 04/19/2007 | 11 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. HITACHI ELECTRONIC DEVICES (USA), INC. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 04/19/2007) |
| 04/19/2007 | 12 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. PANASONIC CORPORATION OF NORTH AMERICA served on 4/3/2007, answer due 4/23/2007. (CLOBES, BRYAN) (Entered: 04/19/2007) |
| 04/19/2007 | 13 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. LG.PHILIPS LCD AMERICA, INC. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 04/19/2007) |
| 04/20/2007 | 14 | STIPULATION re 1 Complaint,,,, *extending time to answer* by LG.PHILIPS LCD AMERICA, INC.. (LAMPERT, MICHAEL) (Entered: 04/20/2007) |
| 04/23/2007 | 15 | STATEMENT *pursuant to rule 7.1 of corporate affiliates & cert of service* by LG.PHILIPS LCD AMERICA, INC.. (LAMPERT, |

| | | |
|---|---|---|
| | | MICHAEL) (Entered: 04/23/2007) |
| 04/23/2007 | 16 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. CHI MEI OPTOELECTRONICS USA, INC. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 04/23/2007) |
| 04/23/2007 | 17 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. INTERNATIONAL DISPLAY TECHNOLOGY USA, INC. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 04/23/2007) |
| 04/23/2007 | 18 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. SAMSUNG SEMICONDUCTOR, INC. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 04/23/2007) |
| 04/24/2007 | 19 | NOTICE by CHI MEI OPTOELECTRONICS USA, INC., NEXGEN MEDIATECH USA, INC. *NOTICE OF JOINDER IN STIPULATION FOR EXTENSION OF TIME* (Attachments: # 1 CORPORATE DISCLOSURE STATEMENT# 2 Certificate of Service)(KHOO, CAREN) (Entered: 04/24/2007) |
| 05/01/2007 | 20 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. NEXGEN MEDIATECH USA, INC. served on 4/6/2007, answer due 4/26/2007. (CLOBES, BRYAN) (Entered: 05/01/2007) |
| 05/18/2007 | 21 | LETTER ORDER setting Initial Scheduling Conference by telephone for 10/15/2007 11:00 AM before Magistrate Judge Claire C. Cecchi. JOINT DISCOVERY MUST BE SUBMITTED PRIOR TO THE CONFERENCE. Signed by Judge Claire C. Cecchi on 10/15/07. (nc, ) (Entered: 05/18/2007) |
| 05/21/2007 | 22 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. NEC ELECTRONICS AMERICA, INC. served on 4/10/2007, answer due 4/30/2007. (CLOBES, BRYAN) (Entered: 05/21/2007) |
| 05/23/2007 | 23 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. HITACHI LTD. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 24 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. HITACHI DISPLAYS, LTD. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 25 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. SANYO EPSON IMAGING DEVICES CORPORATION served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 26 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 27 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. TOSHIBA CORPORATION served on 4/4/2007, answer due 4/24/2007. |

| | | |
|---|---|---|
| | | (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 28 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. IPS ALPHA TECHNOLOGY, LTD. served on 4/5/2007, answer due 4/25/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 29 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. MATSUSHITA ELECTRIC INDUSTRIAL CO. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 30 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. SHARP CORPORATION served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 31 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. CHI MEI CORPORATION served on 4/9/2007, answer due 4/30/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 32 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. NEC LCD TECHNOLOGIES, LTD. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 33 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD. served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 34 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. NEC CORPORATION served on 4/4/2007, answer due 4/24/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 35 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. CHI MEI OPTOELECTRONICS CORPORATION served on 4/9/2007, answer due 4/30/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 36 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. HANNSTAR DISPLAY CORPORATION served on 4/9/2007, answer due 4/30/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/23/2007 | 37 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. AU OPTRONICS CORPORATION served on 4/11/2007, answer due 5/1/2007. (CLOBES, BRYAN) (Entered: 05/23/2007) |
| 05/24/2007 | 38 | SUMMONS Returned Executed by CUSTOM AUDIO VIDEO. AU OPTRONICS CORPORATION AMERICA served on 5/7/2007, answer due 5/28/2007. (CLOBES, BRYAN) (Entered: 05/24/2007) |
| 05/29/2007 | 39 | ORDER re: Stipulation for extension of time. Signed by Judge Claire C. Cecchi on 5/24/07. (jd, ) (Entered: 05/30/2007) |
| 06/06/2007 | 40 | Certified Copy of MDL Conditional Transfer Order transferring case to the United States District Court for the Northern District of California. Signed by Judge No Judge Assigned on 6/6/07. (Attachments: # 1 Cover Letter)(dc, ) (Entered: 06/06/2007) |

| 06/06/2007 | | ***Civil Case Terminated. (dc, ) (Entered: 06/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/06/2007 17:24:45 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00963-SRC-CCC Start date: 1/1/1970 End date: 6/6/2007 |
| Billable Pages: | 4 | Cost: | 0.32 |